## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **12 M 521**
2) Defendant's Name: __Schaffer__ __Gregory__ __John__
   (Last) (First) (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: __6/4/12__
10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered: ✓
11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____
12) (a) Preliminary Hearing set for:_____; or waived: ✓
    (b) Removal Hearing set for:_____; or waived:_____
    (c) Status Conference set for:_____
13) ASSISTANT U.S. ATTORNEY: __Pamela Chen__
14) DEFENSE COUNSEL'S NAME: __Michelle Gelernt__
    Address: _____
    Bar Code:_____ CJA:__ FDNY: ✓ RET:__
    Telephone Number:(___) _____
15) LOG #: __(24U-2:47__) MAG. JUDGE: __Azrack__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE